# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

IN RE Barbara J Brown         09-00440

## PETITIONER'S MOTION FOR LEAVE TO DISMISS PETITION OF BARBARA BROWN

Petitioner, Barbara Brown through counsel moves the Court for leave to file a motion to dismiss her petition for chapter 7 Bankruptcy.

Pursuant to Federal District Court Rule 8(a), Petitioner states that she wishes to withdraw her petition for chapter 7 Bankruptcy.

Pursuant 11 USC Section 157, Petitioner seeks leave of the court to file a motion for withdraw or dismiss her petition.

It would be in the interest of Justice to grant the motion for leave to withdraw.

A motion to dismiss petition and proposed order is attached.

Respectfully Submitted,
Law Offices of Olekanma A. Ekekwe, PC

/s/Olekanma A. Ekekwe
Olekanma A. Ekekwe, Bar #479967
2426 L'Enfant Square SE
Suite 100
Washington DC 20020
202 280-6663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of petitioner's motion for leave to file motion to withdraw was served electronically on this day September 4, 2009 to all creditors and to: Marc Albert, Esq.

/s/Olekanma A. Ekekwe
Olekanma A. Ekekwe, Bar #479967

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

IN RE Barbara J Brown                    09-00440

## ORDER

Upon review of the petitioner's motion for leave to file a motion to withdraw petition for chapter 7 Bankruptcy and the file, it hereby on this _____ day of _____ 2009,

**ORDERED** that Petitioner's motion for leave to file a motion to withdraw petition is **GRANTED**.

It is **FURTHER ORDERED** that the attached motion to withdraw petition is deemed filed

_____                    _____
Date                                      Judge S. Martin Teel, Jr.