The order below is hereby signed.

Signed: September 28, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
BARBARA J. BROWN and CHARLES       )    Case No. 09-00440
E. BROWN, JR.,                     )    (Chapter 7)
                                   )
          Debtors.                 )
```

ORDER GIVING 20 DAYS NOTICE OF OPPORTUNITY TO
OBJECT TO DISMISSAL OF THE CASE AS TO BARBARA J. BROWN

Barbara J. Brown, one of the joint debtors in this bankruptcy case, has filed a motion for leave to withdraw the petition and to dismiss her case (Dkt. Nos. 37 & 38). Accordingly, it is

ORDERED that all parties in interest are hereby given notice that within 20 days after entry of this order they may file an objection to this court's dismissing this case as to Barbara J. Brown.

[Signed and dated above.]

Copies to: Debtors; Debtors' attorney; Chapter 7 Trustee; Office of United States Trustee; All entities on the BNC mailing list.