The order below is hereby signed.

Signed: October 27, 2009.



```
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
BARBARA J. BROWN and CHARLES       )   Case No. 09-00440
E. BROWN, JR.,                     )   (Chapter 7)
                                   )
            Debtors.
```

ORDER OF DISMISSAL AS TO BARBARA J. BROWN

The court having entered an order giving 20 days notice of the opportunity to object to the dismissal of this case as to Barbara J. Brown, and no objections having been filed, it is

ORDERED that the above-captioned case is DISMISSED as to Barbara J. Brown.

[Signed and dated above.]

Copies to: Debtors; Debtors' attorney; Chapter 7 Trustee; Office of United States Trustee; All entities on the BNC mailing list.